UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10-25548-JRS |
| MARK ANTHONY RIGOLETTI ) | |
| ELISE RIGOLETTI, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |

## APPLICATION FOR COMPENSATION

COMES NOW BERRY & ASSOCIATES, counsel of record for Debtors in the above-styled Chapter 13 case, and moves for an order allowing for additional attorney fees to be paid to Counsel for Debtor ("Counsel").

1.

This application is made pursuant to the order of confirmation, General Order No. 6-2006, 11 U.S.C. §§ 330 and 503, Rules of Bankruptcy Procedure 2002(a)(6) [the amount requested does not exceed $1,000.00], and Paragraph4(b) of Debtors' confirmed plan.

2.

Prior to this filing of the instant case, Counsel and Debtors have entered into a contract setting forth the non-base attorney fee being sought herein.  Pursuant to Paragraph 4(b) of the Chapter 13 Plan confirmed in this case on August 1, 2011, Counsel is entitled to additional compensation, over and above the base fee of $4,350.00, for specific services agreed to by Debtors and rendered on behalf of Debtors, as listed in Paragraph 7 of Debtors' "Disclosure of Compensation- Rule 2016(b) (Disclosure Statement) filed in this case.

3.

No agreement has been made directly or indirectly, and no other understanding exists for division of fees between the attorney for Debtors and any other person, firm or corporation.

4.

The basis of this application is that Counsel has obtained an order resolving a post confirmation Motion to Dismiss; therefore, Counsel is applying for the agreed upon fee of $250.00 for this service. Specifically the following post-confirmation services have been performed by Counsel for Debtors at Debtors' request: received and reviewed motion; consulted with Debtors advising of motion with instructions to Debtors; successfully negotiated a settlement/obtained an order on the motion; attended hearing on motion; reviewed order on motion; consulted with Debtors regarding outcome.

5.

Counsel respectfully request that the additional fees stated above be approved and paid to Counsel in accordance with the Debtors' confirmed plan.

WHEREFORE, Counsel prays:

(a) That this Application be filed, read, and considered;

(b) That this Honorable Court grant this Application; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

_____/s/_____
Susan H. Shiptenko
GA Bar No. 374402
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 400

Atlanta, GA 30324
(404) 235-3300
susan@mattberry.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 10-25548-JRS |
| MARK ANTHONY RIGOLETTI ) | |
| ELISE RIGOLETTI, ) | CHAPTER 13 |
| Debtors. ) | |

NOTICE OF ASSIGNMENT OF HEARING

**PLEASE TAKE NOTICE** that Counsel for the above referenced Debtors have filed an Application for Compensation ("Application") and related papers with the Court seeking an order on the Application.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom **103**, United States Courthouse, 121 Spring Street, S.E., Gainesville, Georgia, on **December 17, 2014** at **10:45 a.m.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 120, 121 Spring Street, S.E., Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: November 3, 2014        /s/
Susan H. Shiptenko
GA Bar No. 374402
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 400
Atlanta, GA 30324
(404) 235-3300

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Office of US Trustee
75 Spring Street SW
Suite 362
Atlanta, GA 30303

Mark and Elise Rigoletti
1255 Smithdale Rd.
Cumming, GA 30040

(Plus to all Creditors on the attached Creditor Mailing Matrix)

This the 3 rd day of November, 2014.

/s/
Susan H. Shiptenko
GA Bar No. 374402
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 400
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing          Pharia, L.L.C.                              Wells Fargo Bank NA
113E-2                                   c/o Weinstein & Riley, P.S.                 1 Home Campus
Case 10-25548-jrs                        2001 Western Ave., Ste. 400                 MAC X2303-01A
Northern District of Georgia             Seattle, WA 98121-3132                      Des Moines, IA 50328-0001
Gainesville
Fri Oct 31 10:34:55 EDT 2014

Wells Fargo Bank, N.A.                   Wells Fargo Home Mortgage it successor or as   American Express*
3476 Stateview Boulevard                 3476 Stateview Blvd.                        c/o Becket and Lee LLP
MAC&#035; X7801-01                       Fort Mill, SC 29715-7203                    PO Box 3001
Fort Mill, SC 29715-7203                                                             Malvern, PA 19355-0701


American InfoSource LP as agent for WFNNB   Amex                                     Bank Of America
 as assignee of                          P.o. Box 981537                             Po Box 17054
Roamans                                  El Paso, TX 79998-1537                      Wilmington, DE 19850-7054
PO Box 248872
Oklahoma City, OK  73124-8872


Barclays Bank Delaware                   Barclays Bank Delaware*                     Chase
P.o. B   8803                            Attention:  Customer Support Department     P.o. Box 15298
Wilmington, DE 19899-8803                PO Box 8833                                 Wilmington, DE 19850-5298
                                         Wilmington, DE 19899-8833


(p)CITIBANK                              Chld/cbsd                                   Citi
PO BOX 790034                            Po Box 6497                                 Po Box 6241
ST LOUIS MO 63179-0034                   Sioux Falls, SD 57117-6497                  Sioux Falls, SD 57117-6241


Citimortgage Inc                         Collectron Of Atlanta                       (p)DELL FINANCIAL SERVICES
Po Box 9438                              Po Box 82269                                P O BOX 81577
Gaithersburg, MD 20898-9438              Conyers, GA 30013-9433                      AUSTIN TX 78708-1577


Discover Bank                            Discover Fin Svcs Llc                       Discover Fin*
Dfs Services LLC                         Pob 15316                                   PO Box 6103
PO Box 3025                              Wilmington, DE 19850-5316                   Carol Stream, IL 60197-6103
New Albany, OH  43054-3025


Dsnb Macys                               E*trade Credit Card                         FIA Card Services, NA
9111 Duke Blvd                           671 N Glebe Road                            Frederick J Hanna & Associates
Mason, OH 45040-8999                     Arlington, VA 22203-2120                    1427 Roswell Road
                                                                                     Marietta, GA 30062-3668


Fia Card Services, NA As Successor In Intere   First Usa Bank                        GE Mongram Bank / JC Penney Dc*
Bank of America NA and Mbna America Bank   800 Brooksedge Blvd                       Attn: Bankruptcy
1000 Samoset Drive                       Westerville, OH 43081-2822                  PO Box 103126
DE5-023-03-03                                                                        Roswell, GA, 30076
Newark, DE 19713-6000


Gemb/jc Penney Dc                        Gemb/qvc                                    (p)GEORGIA DEPARTMENT OF REVENUE
Po Box 981402                            Po Box 971402                               COMPLIANCE DIVISION
El Paso, TX 79998-1402                   El Paso, TX 79997-1402                      ARCS BANKRUPTCY
                                                                                     1800 CENTURY BLVD NE SUITE 9100
                                                                                     ATLANTA GA 30345-3202
```

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 | Macys/fdsb*<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 |
| Prin Res Mtg*<br>Attn: Bankruptcy<br>4303 Fleur Drive<br>Des Moines, IA 50321-2327 | Principal Residentl Mt<br>711 High<br>Des Moines, IA 50309 | Sears/cbsd<br>133200 Smith Rd<br>Cleveland, OH 44130 |
| Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Sears/cbsd*<br>Citicard Credit Srvs/Centralized Bankrup<br>PO Box 20507<br>Kansas City, MO 64195-0507 | Somerset Hills Bank<br>155 Morristown Rd<br>Bernardsville, NJ 07924-2606 |
| Sovereign Bank<br>1130 Berkshire Blvd 3rd Floor<br>Wyomissing, PA 19610-1242 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Visdsnb*<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 | (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 | Web Bank/dfs<br>One Dell Way<br>Round Rock, TX 78682-7000 |
| Wells Fargo<br>PO Box 660455<br>Dallas, TX 75266-0455 | Wells Fargo<br>PO Box 96074<br>Charlotte, NC 28296-0074 | Wells Fargo Bank, N.A.<br>Attention Bankruptcy Department<br>MAC: X7801-014<br>3476 Stateview Blvd<br>Fort Mill, South Carolina 29715-7203 |
| Wells Fargo Bank, NA<br>Home Equity Group<br>PO Box 13765 R4057-01P<br>Roanoke, VA 24037-3765 | Wells Fargo Hm Mortgag<br>7255 Baymeadows Wa<br>Jacksonville, FL 32256-6851 | Wfnnb/dress Barn<br>Po Box 182273<br>Columbus, OH 43218-2273 |
| Wfnnb/dress Barn*<br>PO Box 182686<br>Columbus, OH 43218-2686 | Wfnnb/roamans<br>8035 Quivira Rd<br>Lenexa, KS 66215-2746 | Wfnnb/woman*<br>PO Box 182273<br>Columbus, OH 43218-2273 |
| Wfnnb/woman/within<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Zwicker & Associates, PC<br>Three Oaks Office Park<br>965 Oakland Road, Ste 3-D<br>Lawrenceville, GA 30044-3758 | Chad R. Simon<br>Berry & Associates<br>Suite 400<br>2751 Buford Highway<br>Atlanta, GA 30324-5456 |
| Elise A. Rigoletti<br>1255 Smithdale Road<br>Cumming, GA 30040-4490 | Mark Anthony Rigoletti<br>1255 Smithdale Road<br>Cumming, GA 30040-4490 | Matthew Thomas Berry<br>Law Office of Matthew T. Berry<br>Suite 400<br>2751 Buford Highway<br>Atlanta, GA 30324-5456 |

```
Nancy J. Whaley                         Ryan Starks
Nancy J. Whaley, 13 Trustee             Berry and Associates
Suite 120                               Suite 400
303 Peachtree Center Avenue             2751 Buford Hwy
Atlanta, GA 30303-1286                  Atlanta, GA 30324-5456
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Childrens Place*                Dell Financial Services*        Georgia Department of Revenue
Attn.:  Centralized Bankruptcy  Attn: Bankruptcy Dept.          Bankruptcy Section
PO Box 20507                    PO Box 81577                    P.O. Box 161108
Kansas City, MO, 64195          Austin, TX, 78708               Atlanta, GA 30321


Wachov/ftu                      (d)Wachov/ftu*
Po Box 3117                     Attn: Bankruptcy
Winston Salem, NC 27102         PO Box 13765
                                Roanoke, VA, 24037
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Pharia, L.L.C.               (d)Nancy J. Whaley              End of Label Matrix
c/o Weinstein & Riley, P.S.     Nancy J. Whaley, 13 Trustee     Mailable recipients    61
2001 Western Ave., Ste. 400     Suite 120                       Bypassed recipients     2
Seattle, WA 98121-3132          303 Peachtree Center Avenue     Total                  63
                                Atlanta, GA 30303-1286
```